UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO.  6:04-CR-32

UNITED STATES,                                                                                    PLAINTIFF,

v.                                            **OPINION AND ORDER**

JESUS ANTONIO HERNANDEZ,                                                     DEFENDANT.

    This matter is before the Court on the defendant's motion (DE 416) for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

    The defendant pleaded guilty to two charges: engaging in a continuing criminal enterprise in violation of 21 U.S.C. § 848 and conspiring to commit money laundering in violation of 18 U.S.C. § 1956(h). (DE 312, Judgment). The Court sentenced the defendant to 327 months on the criminal-enterprise charge and 240 months on the money-laundering charge to be served concurrently for a total term of 327 months.

    The guidelines for the criminal-enterprise charge provide that the base offense level is the **greater** of 1) 4 plus the offense level from Section 2D1.1 applicable to the underlying offense **or 2) 38**. *See* U.S.S.G. § 2D1.5.  The minimum offense level of 38 for this charge was not lowered by Amendment 782.  For these reasons, the Court hereby ORDERS that the defendant's motion for a sentence reduction (DE 416) is DENIED.

    Dated May 13, 2015.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY