UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:04-cr-32-KKC-1

UNITED STATES OF AMERICA, PLAINTIFF,

v. **ORDER**

JESUS ANTONIO HERNANDEZ, DEFENDANT.

*** *** ***

This matter is before the Court on the Defendant's Motion to Vacate under 28 U.S.C. § 2255. [R. 440]. Having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED that the United States of America shall file an Answer in conformity with the Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 5, on or before Monday, September 26, 2016. The Court requests the United States to caption the Answer as such and not as a Motion to Dismiss, Motion for Summary Judgment, or other such motion seeking judgment as a matter of law. The United States shall raise by way of its Answer any appropriate defenses that it wishes to have the Court consider, including exhaustion of state remedies, statute of limitations under 28 U.S.C. § 2255(f)((1)-(4)), delayed or successive petition, or entitlement to judgment on any other legal ground.

Signed July 26, 2016.

