UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 6:04-CR-32

UNITED STATES, PLAINTIFF,

v. **ORDER**

JESUS ANTONIO HERNANDEZ, DEFENDANT.

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

This matter is before the Court on the defendant Jesus Antonio Hernandez's motion to vacate his sentence (DE 440) under 28 U.S.C. § 2255 and the magistrate judge's recommendation that the motion be denied (DE 449).

The defendant pleaded guilty to two charges: engaging in a continuing criminal enterprise in violation of 21 U.S.C. § 848 and conspiring to commit money laundering in violation of 18 U.S.C. § 1956(h). (DE 312, Judgment). The Court sentenced the defendant to 327 months on the criminal-enterprise charge and 240 months on the money-laundering charge to be served concurrently for a total term of 327 months.

The magistrate judge has entered a recommendation that the defendant's current petition be denied. Hernandez has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (DE 449) is ADOPTED as the Court's opinion;

2) Hernandez's motion to vacate under 28 U.S.C. § 2255 (DE 440) is DENIED;

3) a certificate of appealability will not be issued, Hernandez having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

Dated November 6, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY