Eastern District of Kentucky
**FILED**

JAN 17 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

United States District Court
for the
Eastern Division

| | |
|---|---|
| United States of America, *Plaintiff,* | **FCI Lompoc Low** |
| | Place of Confinement |
| | **08996-032** |
| v. | Federal Register Number |
| | **32-** |
| Jesus Antonio Hernandez | 6:04-CR-SSS-01-KK |
| *Defendant.* | Criminal Case Number |

**Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:**

_____    Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

**XX**    Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

---

**Instructions - Read Carefully**

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3.

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   **U.S. District Court for the Eastern District of Kentucky**

2. Date(s) of sentence and judgment of conviction:

   **8-11-2005**

3. Are you currently in prison for this sentence?

   __XX__ Yes  _____ No

4. If so, when is your projected date of release? **9-3-2032**

5. Are you currently on supervised release?  _____ Yes  __XX__ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____ Yes  __XX__ No

7. Is your case currently on appeal? _____ Yes __**XX**__ No

8. Offense(s) for which you were convicted (all counts):

   **Engaging in a Criminal Enterprise, Conspiracy to Transport Funds and to Engage in Financial Transactions in Criminally Derived Property, Greater than $10,000**

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   __**XX**__ Yes _____ No _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    __XX__ Yes  _____ No  _____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    ____2____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    _____ Yes  __XX__ No  _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    I got my GED in the prison of Stafford, Arizona in 11-4-2008,

    earned in the BOP. I have done many classes and programs to include

    Drug Treatment 04-21-2023, ACE Commercial Drivers License, Basic

    Alternative to Violence, RPP2 Highly Effective Life, RPP/HLTH-AIDS

    AWARENESS, Anatomy Phase, Stress Phase, RPP2-Business Etiquette, ACE

    Intro to Small Business, Welding, Auto EPA, Communication Class (RPP6),

    U.S. History Trivia 1 (RPP6), Business Ownership (RPP3), Parenting

    Class, Cage Your Rage, Fitness/Body Cond. (RPP1) and many other

    programs and classes.

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this __January 8__, 20 __24__.

*Jesus A Hernandez*
Signature of Defendant

__Jesus Antonio Hernandez__
Printed Name

__08996-032__
BOP No.

__Federal Correctional Institution__
Federal Correctional Institution (if applicable)

__3600 Guard Road__
Address

__Lompoc, CA 93436__
City, State & Zip Code