UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JESUS ANTONIO HERNANDEZ,<br>    Defendant. | CRIMINAL NO. 6:04-32-KKC<br><br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion (DE 458) by defendant Jesus Antonio Hernandez requesting a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

Defendant Hernandez had criminal history points at the time of sentencing. Thus, he is not entitled to a sentence reduction under Part B, Subpart 1 of Amendment 821. As to Part A of the amendment, the Court did apply status points against Hernandez at sentencing. However, even after Amendment 821, his guidelines remain at 262 to 327 months as they were at his sentencing. Accordingly, Hernandez is ineligible for a sentence reduction under Amendment 821.

For these reasons, the Court hereby ORDERS that Hernandez's motion for a sentence reduction (DE 458) is DENIED

This 13th day of May, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY